Roy Lee PALMER, Appellant,

v.

**UNITED STATES JUDICIAL BRANCH, et al.,**
Appellees.

No. 02–5262.

United States Court of Appeals,
District of Columbia Circuit.

Jan. 16, 2003.

Before GINSBURG, Chief Judge; SENTELLE and RANDOLPH, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. It is

ORDERED AND ADJUDGED that the district court's order filed June 7, 2002, be affirmed. The court correctly held that appellant may not pursue this damages action because his sentence has not been invalidated in a habeas or similar proceeding. *See, e.g., Edwards v. Balisok,* 520 U.S. 641, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997); *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994); *Razzoli v. Federal Bureau of Prisons,* 230 F.3d 371 (D.C.Cir.2000).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.